# STATE OF CONNECTICUT *v.* CARLTON KRAFT
## (14930)

O'Connell, Lavery and Spear, Js.

Argued December 4—officially released December 24, 1996

Per Curiam. The judgment is affirmed.